RECEIVED

Aug 7  10 52 AM '06

CH~~FINANCIAL~~
JA~~DISCLOSURE OFFICE~~
UNITED STATES DISTRICT JUDGE

**SELF INITIATED
AMENDMENT**

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
141 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

TEL. NO. 773-2456
(AREA CODE 203)

August 1, 2006

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:   Amended 2005 Financial Disclosure Report

Dear Judge Smith:

My Amended Financial Disclosure Report for Calendar Year 2005 requires the following supplementation to Part VII, page 4, line 16:

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| 16. Agere Systems | A | Dividend | | | Sell | 9/11 | J | T | |

Kindly let me know if you wish a second Amended Report to be filed to reflect this supplementation.

Very truly yours,



# UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT
### 141 CHURCH STREET
### NEW HAVEN, CONNECTICUT 06510

**CHAMBERS OF**
**JANET BOND ARTERTON**
UNITED STATES DISTRICT JUDGE

TEL. NO. 773-2456
(AREA CODE 203)

July 25, 2006

. Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Judge Smith:

Enclosed is my Amended Financial Disclosure Report for Calendar Year 2005, with three copies.

Thank you.

Very truly yours,

Janet Bond Arterton

Enclosures

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
| Rev. 1/2006 | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report *Amended* |
|---|---|---|
| ARTERTON, JANET B | U.S. DISTRICT COURT | 7/25/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTERTON, JANET B | ☐ Nomination,    Date     ☐ Initial   ☐ Annual   ☐ Final | 01/01/2005 to 12/31/2005 |
| ARTICLE III JUDGE/ACTIVE | **5b.** ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT 141 CHURCH STREET NEW HAVEN, CT 06510 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 JUL 26 A 11:56 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/13/95 | Arterton/Garrison, Phelan, Levin-Epstein & Penzel, P.C., life insurance premiums through 05/05. |
| 2. 04/01/92 | GASWICK Properties; real estate partnership, New Haven, CT terminated 12/31/05. |
| 3. 05/13/95 | Garrison, Levin-Epstein, Chimes & Richardson, P.C. : Profit Sharing Plan/401k Plan. (No control.) |

| Name of Person Reporting | A~~Date of Report~~mended |
|---|---|
| ARTERTON, JANET B | 7/25/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Garrison, Levin-Epstein, Chimes & Richardson, P.C. | $ 5,200.00 |
| 2. 2005 | GASWICK Properties | $ 10,248 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | George Washington University--Salary; -Professor |
| 2. 2005 | Royalties: Rowman and Littlefield Publishers |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National Employment Lawyers Association | Speaker at Annual Meeting, Philadelphia, PA, 6/24-6/25/05 (transportation & accommodations). |
| 2. U.S. Embassy, Phnom Penh | Judicial Workshops, Cambodia, 3/14-3/18/05 (transportation & per diem for food and lodging). |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | Amended 7/25/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Webster Bank | Mortgage discharged April 15, 2005 on commercial property; New Haven, CT. | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report Amended |
|---|---|
| ARTERTON, JANET B | 7/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Global and International | A | Dividend | L | T | | | | | |
| 2. Wells Fargo Adv. Opp. Fund (Formerly Strong Opp. Fund) | A | Dividend | L | T | | 04/21 | | | Fund name change. |
| 3. Third Avenue Value Fund | A | Dividend | M | T | | | | | |
| 4. Vanguard Muni Bond Fund (Money Market Account) | B | Dividend | N | T | | | | | |
| 5. Real Property/New Haven, CT: (20% share) | C | Rent | | | Sell | 4/15 6\|30 | M | G | |
| 6. Garrison, et al Profit Sharing Plan/401k: American Funds | A | Dividend | N | T | | | | | |
| 7. Vanguard Windsor Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 8. TIAA/CREF Growth Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 9. Excelsior Value & Restructuring | A | Dividend | K | T | | | | | |
| 10. Vanguard Morgan Growth Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 11. Schwab US Treas. Money Fund | A | Dividend | K | T | Buy | 02/07 | K | | |
| 12. Vanguard 500 Index Fund | A | Dividend | K | T | Buy/mo. | | J | | |
| 13. Firsthand Technology Value Fund | A | Dividend | | | Sell | 02/07 | J | A | |
| 14. Goldman Sachs Internet Tollkeeper | A | Dividend | | | Sell | 02/07 | K | A | |
| 15. AYALA | A | Dividend | J | T | | | | | |
| 16. Agere Systems | A | Dividend | J | T | | | | | |
| 17. People's Bank (CD) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report Amended |
|---|---|
| ARTERTON, JANET B | 7/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nationwide Annuity: | E | Distribution | N | T | | | | | |
| 19. -American Century VIP Inome & Growth | | | | | | | | | |
| 20. -Wells Fargo Adv.Opp.Fund (Formerly Strong VIP Opp. Fd) | | | | | | 04/08 | | | Fund name change. |
| 21. -Neuberger Berman Partners Portfolio | | | | | | | | | |
| 22. -Gartmore GVIT Small Company Fund | | | | | | | | | |
| 23. Vanguard International Value Fund | A | Dividend | L | T | Buy/mo | | L | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Amended Date of Report |
|---|---|
| ARTERTON, JANET B | 7/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: II, 2 and VII, 5: Partnership holdings sale dates April 15, June 30, 2005. Final distribution December 31, 2005

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | Amended<br>7/25/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _25 July 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544